**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  10-cr-00023-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  WAYNE COOK,

      Defendant.

---

**MINUTE ORDER**[1]

---

      Due to a conflict in the court's calendar, it is necessary to vacate the Change of Plea hearing currently set in this case.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the Change of Plea hearing set for February 26, 2010, is **VACATED** and **CONTINUED** pending further order of the court;

      2.  That on **January 27, 2010**, at 10:30 a.m., the court will conduct a telephonic setting conference to reset the Change of Plea hearing; and

      3.  That counsel for the government shall coordinate, arrange, and initiate the conference call necessary to facilitate the setting conference.

      Dated:  January 19, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.