IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00023-REB

UNITED STATES OF AMERICA,

    Plaintiff,
v.

1. WAYNE COOK,

    Defendant.

---

## MINUTE ORDER[1]

---

    Due to a conflict arising on the court's calendar, the sentencing hearing previously set for April 30, 2010, is **VACATED** and is **CONTINUED** to **May 25, 2010**, at 10:00 a.m.

    Dated: April 13, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.